**THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **LOCAL NO. 25 SEIU WELFARE FUND, et al.,** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| **-vs-** | ) | |
| | ) | |
| **SKYLINE BUILDING SERVICES, INC., an Illinois Corp.,** | ) | |
| | ) | |
| **Defendant** | ) | **Case No. 09C 3669** |
| | ) | |
| **and** | ) | **Judge Marovich** |
| | ) | |
| **FIRST EAGLE BANK,** | ) | **Mag. Judge Brown** |
| | ) | |
| **Garnishee Defendant.** | ) | |

**MOTION FOR JUDGMENT ON GARNISHMENT ANSWER**

NOW COME the Plaintiffs, LOCAL NO. 25, SEIU WELFARE FUND, et al., by and through their Attorney, Robert B. Greenberg, and move this Honorable Court to enter judgment in the amount of $3,918.98 in favor of Plaintiffs and against Garnishee Defendant, FIRST EAGLE BANK, pursuant to Garnishee's answer to Plaintiffs' garnishment attached hereto, and further to order Garnishee Defendant to pay Plaintiffs the monies due hereunder within ten days from the date of the Court's Order.

/s/ Robert B. Greenberg

Asher, Gittler, Greenfield & D'Alba, Ltd.
200 West Jackson Boulevard
Suite 1900
Chicago, Illinois 60606
(312) 263-1500
IL ARDC#: 01047558

Dated: November 3, 2009

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

LOCAL 25 SEIU WELFARE FUND, et al.,
Plaintiffs
-vs-
SKYLINE BUILDING SERVICES, INC., an Ill. Corp.,
Defendant
and
FIRST EAGLE BANK,
Garnishee-Defendant

Case No. 09CV 3669
Judge Marovich
Mag. Judge Brown

## INTERROGATORIES TO GARNISHEE

1. When you were served with summons, did you have in your possession, custody or control of any property belonging to the judgment debtor or in which he or she had an interest?

ANSWER: No
(Yes or No)

2. If your answer is yes, describe the property:

______________________________________________

______________________________________________

______________________________________________

3. When you were served with the summons, were you otherwise indebted to him or her, no matter when payable?

ANSWER: Yes
(Yes or No)

4. If your answer is yes, state:

Description: Checking Account
Amount: $ 3918.98
Date Due: 10-14-09

The agent of the garnishee certifies under penalties as provided by law pursuant to 735 ILCS 5/1-109 that the answers to the interrogatories are true. I further certify that I have mailed, to the address indicated on the reverse side, a copy of the completed interrogatories, to the judgment debtor.

[signature]
For Garnishee Defendant